IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOANNE STILLSMOKING,<br><br>Defendant. | CR 14-08-BMM<br><br>**ORDER** |

## I. Synopsis

The United States Probation Office filed a Request for Summons and Modification of the Conditions or Term of Supervision on March 9 , 2017, seeking to modify the conditions of Ms. Stillsmoking's supervised release. The Court conducted a hearing on March 30, 2017. Both Ms. Stillsmoking and the United States consented to the modification.

Based on the foregoing the Court issues the following order:

    The conditions of Ms. Stillsmoking's supervised release are modified to

1

include the following condition:

> The Defendant shall not engage in any gambling or wagering activity of any kind, whether online, over telephone, or in person, and shall not enter any casino or other place of business where gambling is the primary service offered.

Dated the 4th day of April, 2017.

_____
John Johnston
United States Magistrate Judge